**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| VENSON LANE MYERS, | ) | NO. CV 09-9287-RSWL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| LARRY SMALL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: February 5, 2010.

*RONALD S.W. LEW*
_____
RONALD S. W. LEW
SENIOR UNITED STATES DISTRICT JUDGE